**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

CA NO.: 00-0028                                                      SECTION B, MAG 3

**ALAINA ZITO**

**VERSUS**

**PONTCHARTRAIN HOTEL, INC., THE 1927 PARTNERSHIP,**
**A LOUISIANA PARTNERSHIP MADE UP OF PREFERRED HOTEL HOLDINGS, LTD.,**
**PLEDGED HOLDING COMPANY, INC. AND BN INVESTMENTS**
**AND WILLIAM "CHIP" MARTINSON**

FILED: _____    DY. CLERK:_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD**

NOW INTO COURT come THE 1927 PARTNERSHIP, a Louisiana partnership made up of

Preferred Hotel Holdings, Ltd., Pledged Holding Company, Inc. and BN Investments II, Ltd. (improperly

referred to as BN Investments) and WILLIAM "CHIP" MARTINSON, defendants herein, appearing

herein through undersigned counsel, and suggest to the Court that an additional thirty days is needed to

answer plaintiff's demands or to otherwise file defensive pleadings.

RESPECTFULLY SUBMITTED:

ALBERT F. WIDMER, JR.
ATTORNEY AT LAW
3201 Danny Park, Suite 101
Metairie, Louisiana 70002
(504) 779-0022
Bar No.: 13454
Attorney for defendants,
The 1927 Partnership and
William "Chip" Martinson

DATE OF ENTRY___JAN 2 4 2000___

## ORDER

CONSIDERING THE FOREGOING;

IT IS ORDERED by the Court that defendants, THE 1927 PARTNERSHIP, a Louisiana partnership made up of Preferred Hotel Holdings, Ltd., Pledged Holding Company, Inc. and BN Investments II, Ltd. (improperly referred to as BN Investments) and WILLIAM "CHIP" MARTINSON, be and they are hereby granted an additional thirty days, or until February 21, 2000 within which to answer or file defensive pleadings herein.

New Orleans, Louisiana, this __21st__ day of __January__ 2000.

_____

J U D G E