UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALAINA ZITO | * | CA NO.: 00-0028 |
| VERSUS | * | |
| PONTCHARTRAIN HOTEL, INC., | * | SECTION "B", MAGISTRATE 3 |
| THE 1927 PARTNERSHIP, A LOUISIANA PARTNERSHIP MADE UP OF | * | |
| PREFERRED HOTEL HOLDINGS, LTD., PLEDGED HOLDING COMPANY, INC., | * | |
| AND BN INVESTMENTS, AND WILLIAM "CHIP" MARTINSON | * | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

On motion of defendants, THE 1927 PARTNERSHIP, a Louisiana Partnership made up of Preferred Hotel Holdings, Ltd., Pledged Holding Company, Inc., and BN Investments II, Ltd. (improperly designated and referred to as Pontchartrain Hotel, Inc. and the 1927 Partnership, a Louisiana Partnership Made up of Preferred Hotel Holdings, Ltd., Pledged Holding Company, Inc., and BN Investments), and on suggesting to the Court that they have retained E. Frederick Preis, Jr., Eve B. Masinter and Eliska M. Plunkett of the law firm of McGlinchey Stafford to represent them, move that E. Frederick Preis, Jr., Eve Barrie Masinter and Eliska M. Plunkett of the law firm of McGlinchey Stafford be substituted as counsel of record for them in the place of Albert F. Widmer, Jr.

DATE OF ENTRY FEB 11 2000

WHEREFORE, defendants pray that E. Frederick Preis, Jr., Eve Barrie Masinter and Eliska M. Plunkett of the law firm of McGlinchey Stafford be substituted in the place of Albert F. Widmer, Jr. as counsel of record for defendants.

    Respectfully submitted,

_____
E. FREDERICK PREIS, JR., Bar #10704
EVE B. MASINTER, Bar #1218
ELISKA M. PLUNKETT, Bar #23814
McGLINCHEY STAFFORD
643 Magazine Street
New Orleans, Louisiana 70130-3477
(504) 596-2748

_____
ALBERT F. WIDMER, JR., Bar #13454
ATTORNEY AT LAW
3201 Danny Park, Suite 101
Metairie, Louisiana 70002
(504) 779-0022

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALAINA ZITO | * | CA NO.: 00-0028 |
| VERSUS | * | |
| PONTCHARTRAIN HOTEL, INC., | * | SECTION "B", MAGISTRATE 3 |
| THE 1927 PARTNERSHIP, A LOUISIANA PARTNERSHIP MADE UP OF | * | |
| PREFERRED HOTEL HOLDINGS, LTD., PLEDGED HOLDING COMPANY, INC., | * | |
| AND BN INVESTMENTS, AND WILLIAM "CHIP" MARTINSON | * | |

## ORDER

CONSIDERING THE FOREGOING Motion to Substitute Counsel of Record:

IT IS ORDERED that E. Frederick Preis, Jr., Eve Barrie Masinter and Eliska M. Plunkett of the law firm of McGlinchey Stafford be substituted as counsel of record for Defendants in place of Albert F. Widmer, Jr.

ORDERED this 10th day of February, 2000.

_____
JUDGE

3