MINUTE ENTRY
AFRICK, M.J.
February 29, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALAINA ZITO                                CIVIL ACTION NO. 00-0028

versus                                     SECTION: "B" (3)

PONTCHARTRAIN HOTEL, INC., ET AL

   IT IS ORDERED that a status conference will be held in the above-captioned case on March 14, 2000, at 9:00 A.M., in the undersigned Magistrate Judge's chambers located at 501 Magazine Street, Room 335, New Orleans, Louisiana. Counsel may participate by telephone if counsel notifies the undersigned Magistrate Judge's chambers at least two (2) working days prior to the conference.

                                    LANCE M. AFRICK
                                    UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY ALL COUNSEL

DATE OF ENTRY MAR 0 1 2000