```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2000 MAR 14  P 4: 18

                               LORETTA G. WHYTE
                                    CLERK
```


## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ALAINA ZITO                                  CIVIL ACTION NO. 00-0028

versus                                        SECTION: "B" (3)

PONTCHARTRAIN HOTEL, INC., ET AL


### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE
### TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States Magistrate Judge of this district court is available to conduct any or all proceedings in this case, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a Magistrate Judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a Magistrate Judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any Magistrate Judge or to the District Judge to whom the case has been assigned.

An appeal from a judgment entered by a Magistrate Judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

DATE OF ENTRY
MAR 2 0 2000

```
___ Fee_____
___ Process__
 X  Dktd
___ CtRmDep
    Doc.No.
```

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

3/14/00
Date

_____
Plaintiff(s)

The 1927 Partnership d/b/a The Pont Hotel
Defendant(s)
Eric B. Martin

Wm. Markidion  2/15/0

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to a United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with Title 28 U.S.C. 636(c), and Fed.R.Civ.P. 73 and the foregoing consent of the parties.

New Orleans, Louisiana, this 20th day of March, 2000.

_____
**UNITED STATES DISTRICT JUDGE**

- 2 -