FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2000 JUN -5 A 10: 34

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

ALAINA ZITO                                             CIVIL ACTION NO. 00-0028

versus                                                  SECTION: "B" (3)

PONTCHARTRAIN HOTEL, INC., ET AL

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement;

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. With the consent of the parties, the Court retains jurisdiction over the settlement agreement for enforcement purposes.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this ___4___ day of June, 2000.

UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 0 5 2000