# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALAINA ZITO, | * |
| Plaintiff, | * |
| v. | * Civil Action |
| | * File No. 00-0028 |
| PONTCHARTRAIN HOTEL, INC. | * |
| and THE 1927 PARTNERSHIP, A | * |
| Louisiana partnership made up of | * Section "B" (3) |
| PREFERRED HOTEL HOLDINGS, | * |
| LTD., PLEDGED HOLDING | * |
| COMPANY, INC., BN INVESTMENTS | * |
| II, LTD., and WILLIAM "CHIP" | * |
| MARTINSON, | * |
| Defendants. | * |

## MOTION TO DISMISS

**NOW INTO COURT** comes plaintiff, Alaina Zito, and on informing the Court that plaintiff's claims against defendants have been compromised, move that this Honorable Court enter an Order dismissing the above action with prejudice, with each party to bear their own costs.

Respectfully submitted,

_____
JOHN D. SILEO, La. Bar No. 17797
ALLAN BERGER & ASSOCIATES
4173 Canal Street
New Orleans, Louisiana 70119
(504) 486-9481

ATTORNEYS FOR ALAINA ZITO

DATE OF ENTRY
AUG 2 2 2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record by hand delivery or depositing same in the U.S. Mail, postage prepaid and properly addressed this 10th day of August, 2000

_____
JOHN D. SILEO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALAINA ZITO,<br><br>    Plaintiff,<br><br>v.<br><br>PONTCHARTRAIN HOTEL, INC.<br>and THE 1927 PARTNERSHIP, A<br>Louisiana partnership made up of<br>PREFERRED HOTEL HOLDINGS,<br>LTD., PLEDGED HOLDING<br>COMPANY, INC., BN INVESTMENTS<br>II, LTD., and WILLIAM "CHIP"<br>MARTINSON,<br><br>    Defendants. | Civil Action<br>File No. 00-0028<br><br>Section "B" (3) |

## ORDER OF DISMISSAL

Considering the foregoing Motion to Dismiss;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action against The 1927 Partnership, a Louisiana partnership made up of Preferred Hotel Holdings, Ltd., Pledged Holding Company, Inc. and BN Investments II, Ltd., improperly designated and referred to as the Pontchartrain Hotel, Inc. and The 1927 Partnership, a Louisiana partnership made up of Preferred Hotel Holding Ltd., Pledged Holding Company Inc. and BN Investments and William "Chip" Martinson be and the same is hereby dismissed with prejudice, with each party to bear their own costs.

New Orleans, Louisiana, this 21st day of August, 2000.

_____
JUDGE

194169.1/18094 0002